COMMONWEALTH of Pennsylvania,
Respondent

v.

Jason Michael FRAZIER, Petitioner

No. 531 WAL 2016

Supreme Court of Pennsylvania.

April 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Eric RAMBERT, Petitioner

No. 509 WAL 2016

Supreme Court of Pennsylvania.

April 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Anthony Duane SMITH, Petitioner

No. 507 WAL 2016

Supreme Court of Pennsylvania.

April 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of April, 2017, the Petition for Allowance of Appeal is DENIED.